IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR382 |
| Plaintiff, | ) | |
| | ) | FINDING OF GUILT |
| vs. | ) | |
| | ) | AND |
| DONALD NOTTLEMAN, | ) | |
| | ) | TENTATIVE FINDINGS |
| Defendant. | ) | |

The Court has reviewed the transcript of the Rule 11 proceedings (Filing No. 12). The Court finds Nottleman's plea of guilty to be knowing, intelligent, voluntary, and there is a factual basis for the plea. Nottleman is found guilty of Count I of the Information.

The Court has received the Presentence Investigation Report (PSR). The government and the defendant have adopted the PSR (Filing Nos. 13 and 14). **See** Order on Sentencing Schedule (Filing No. 8). No motions or objections have been filed pursuant to Paragraph 6 of the Sentencing Schedule. The Court advises the parties that these Tentative Findings are issued with the understanding that the sentencing guidelines are advisory. Accordingly,

1. The Court's tentative findings are that the Presentence Investigation Report is correct in all respects;

2. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

3.     Absent submission of the information required by paragraph 2 of this Order, my tentative findings may become final; and

4.     Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

**IT IS SO ORDERED.**

DATED this 22nd day of January, 2008.

                                              BY THE COURT:

                                              s/Thomas D. Thalken  
                                              United States Magistrate Judge